BENJAMIN B. WAGNER
United States Attorney
DUCE W. RICE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ANGEL PEREZ, JR.,<br><br>　　　　　　　Defendant. | CASE NO.  01:06-MJ-00172 DLB<br><br>ORDER |

　　　The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 06-MJ-00172 DLB against defendant JOSE ANGEL PEREZ, JR. is GRANTED.

IT IS SO ORDERED.

　　Dated:　**July 24, 2013**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1